**SO ORDERED.**

**DONE and SIGNED February 26, 2019.**



_____
**JOHN S. HODGE
UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| IN RE: | § | Case Number: 15-11522 |
|---|---|---|
| | § | |
| Diane Stokes Farris | § | Chapter 13 |
| | § | |
| Debtor | § | |

### Order

Before the Court is a motion filed by the United States Trustee (the "**Motion**") seeking the disgorgement of fees from, and the imposition of fines on, bankruptcy petition preparer Cheynita Sneed (Doc. 63).

Pursuant to the provisions of 11 U.S.C. § 110 and for the reasons set forth in the Memorandum of Decision issued on this same date, the relief requested by the Motion is hereby **GRANTED**.

For the reasons set forth in the Memorandum of Decision,

**IT IS ORDERED** that:

1. Cheynita Sneed must disgorge and forfeit $200.00, payable to Diane Stokes Farris ("**Debtor**"), to bear interest at the federal legal rate of interest from the date of the entry of this Order until paid;

2. A fine is hereby imposed against Cheynita Sneed in the amount of $250.00 for each of her three violations of § 110 of the Bankruptcy Code, for an aggregate fine of $750.00, payable to the United States Trustee; and

3. Cheynita Sneed shall pay to Debtor for mandatory statutory damages in the amount of $2,000.00 to bear interest at the federal legal rate of interest from the date of the entry of this Order until paid.

###